UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSUE MORALES,<br><br>                Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>                Respondent. | No. 5:24-CV-00096-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice as unexhausted, and alternatively, as frivolous.

Dated October 21, 2025.

                                                          _____
                                                          JAMES WESLEY HENDRIX
                                                         United States District Judge